# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| -vs- ) | No.  CR-21-140-JD |
| MARQUEZ LASHAWN KING, ) | Violations: 18 U.S.C. § 2221 |
| a/k/a Demon, ) | 18 U.S.C. § 1153 |
| Defendant. ) | |

## INFORMATION

The United States Attorney charges:

### COUNT 1
### (Robbery in Indian Country)

On or about December 8, 2019, in Stephens County, in Indian country, within the Western District of Oklahoma,

-------------------------------- **MARQUEZ LASHAWN KING,**
**a/k/a Demon,** --------------------------------------------------

an Indian, did, by force and violence and by intimidation, take from the person and presence of R.L. and H.L., a cell phone, a roll of coins, and a wallet.

All in violation of Title 18, United States Code, Section 2221, Title 18, United States Code, Section 2, and Title 18 United States Code, Section 1153.

ROBERT J. TROESTER
Acting United States Attorney

DANIELLE LONDON
Assistant U.S. Attorney